<table>
<tr><td><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF TEXAS

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
    amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          **4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Goodrich Petroleum Company, L.L.C.** | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 76-0117273 | |
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **801 Louisiana Street<br>Suite 700<br>Houston, TX 77002**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Harris**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | **www.goodrichpetroleum.com** | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Debtor   **Goodrich Petroleum Company, L.L.C.**   Case number (*if known*) _____
_____
Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
___2111___

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ■ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.   Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | **Goodrich Petroleum Corporation** | | Relationship | **Parent** |
| District | **Southern District of Texas** | When | **4/15/16** | Case number, if known _____ |

Debtor   **Goodrich Petroleum Company, L.L.C.**                      Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**   *Check all that apply:*

■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**█ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ■ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ■ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Goodrich Petroleum Company, L.L.C.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2016**
MM / DD / YYYY

**X** /s/ Robert C. Turnham, Jr.                              Robert C. Turnham, Jr.
Signature of authorized representative of debtor          Printed name

Title   **President and Chief Operating Officer**

**18. Signature of attorney**

**X** /s/ Bradley R. Foxman                              Date   April 15, 2016
Signature of attorney for debtor                              MM / DD / YYYY

**Bradley R. Foxman**
Printed name

**Vinson & Elkins LLP**
Firm name

**2001 Ross Avenue, Suite 3700**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **214.220.7700**      Email address   **bfoxman@velaw.com**

**24065243 - TX**
Bar number and State

**JOINT UNANIMOUS WRITTEN CONSENT OF
THE SOLE MEMBER AND THE
BOARD OF MANAGERS OF
GOODRICH PETROLEUM COMPANY, L.L.C.**

**April 14, 2016**

The undersigned, being the sole member (the "*Sole Member*") and all of the managers (the "*Managers*") on the board of managers (the "*Board*") of Goodrich Petroleum Company, L.L.C., a Louisiana limited liability company (the "*Company*") hereby adopt, by written consent, the following resolutions on behalf of the Company:

*Chapter 11 Filing*

**WHEREAS**, the Board is aware of the financial state of the Company, has considered the strategic alternatives available to them, and the related circumstances and situation; and

**WHEREAS**, the Board has had the opportunity to consult with the financial and legal advisors of the Company and consider the strategic alternatives available to the Company.

**NOW, THEREFORE, BE IT RESOLVED**, that the Sole Member and the Board have determined that it is desirable and in the best interests of the Company to file with a federal bankruptcy court voluntary petitions pursuant to chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") as set forth below; be it

**FURTHER RESOLVED**, that the Company be, and hereby is, authorized to file or cause to filed with the United States Bankruptcy Court for the Southern District of Texas (the "*Bankruptcy Court*") voluntary petitions for relief pursuant to the Bankruptcy Code; be it

**FURTHER RESOLVED**, that each of the Chairman and Chief Executive Officer, the President and Chief Operating Officer, the Executive Vice President, the Chief Financial Officer, and the Senior Vice President, General Counsel, and Corporate Secretary (each an "*Authorized Officer*," and collectively, the "*Authorized Officers*") acting alone or with one or more other Authorized Officers be, and each of them hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with the Bankruptcy Court on behalf the Company voluntary petitions pursuant to the Bankruptcy Code (the "*Petitions*"), in such form as prescribed by the Official Forms promulgated in connection with the Bankruptcy Code, if in the discretion of all of the Authorized Officers such filing is appropriate based upon the financial condition and liquidity of the Company; be it

**FURTHER RESOLVED**, that, upon the filing of the Petitions as authorized by the preceding paragraph, each Authorized Officer, acting alone or with one or more other Authorized Officers be, and hereby is, authorized and empowered to execute, deliver, and file or cause to be filed with the Bankruptcy Court, on behalf of the Company, all papers, motions, schedules, and pleadings necessary or convenient to facilitate the chapter 11 bankruptcy case and all of its matters and proceedings, and any and all other documents, including affidavits,

necessary or appropriate in connection with the commencement of the chapter 11 case, each in such form or forms as the Authorized Officer so acting may approve; be it

### Retention of Professionals

**FURTHER RESOLVED,** that the engagement of the law firm of Vinson & Elkins L.L.P., as general bankruptcy counsel in the representation of the Company as debtor and debtor in possession, prior to and in any cases commenced by the Company under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Vinson & Elkins L.L.P.; be it

**FURTHER RESOLVED**, that the engagement of Lazard Frères & Co. LLC, as investment banker, to represent and assist the Company as debtor and debtor in possession, prior to and in any cases commenced by the Company under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of Lazard Frères & Co. LLC; be it

**FURTHER RESOLVED**, that the engagement of BMC Group, Inc. as notice, claims, and balloting agent to represent and assist the Company as debtor and debtor in possession, prior to and in any cases commenced by the Company under the Bankruptcy Code, and in all matters arising in connection therewith, is hereby approved, and each Authorized Officer be, and hereby is, authorized and empowered to execute appropriate retention agreements, pay appropriate retainers, and cause to be filed appropriate applications for authority to retain the services of BMC Group, Inc.; be it

**FURTHER RESOLVED**, that, each Authorized Officer, acting alone or with one or more other Authorized Officers be, and hereby is, authorized and empowered to execute, deliver, and file or cause to be filed all papers, motions, schedules, and pleadings necessary to employ and retain all assistance by legal counsel, accountants, financial advisors, restructuring advisors and other professionals and to take and perform any and all further acts and deeds that each of the Authorized Officers deem necessary, proper, or desirable in connection with the Company's chapter 11 case, with a view to successful prosecution of such case; be it

### General

**FURTHER RESOLVED**, that the Authorized Officers be, and each of them hereby is, authorized, empowered, and directed to do and perform all such acts and things and to enter into, execute, and deliver all such certificates, agreements, acknowledgments, instruments, contracts, statements, and other documents, including any and all amendments thereto, that, in the judgment of the officer taking such action, are advisable, necessary, or appropriate to effectuate and carry out the purposes and intent of the foregoing resolutions (such determination to be conclusively evidenced by the taking of such action); and be it

**FURTHER RESOLVED**, that all acts, transactions, or agreements undertaken prior to the adoption of the foregoing resolutions by any officer, employee, or representative of the Company in its name or for its account in connection with the foregoing resolutions, be, and each hereby is, ratified, approved, confirmed, and adopted as a duly authorized act of the Company and/or on behalf of the Company on behalf of any subsidiary in all respects and for all purposes.

*[The remainder of this page is intentionally blank.]*

**IN WITNESS WHEREOF**, the undersigned have executed this Written Consent as of the date first written above.

Member:

Goodrich Petroleum Corporation

By: _____

Name: Walter G. Goodrich

Title:   Chairman and Chief Executive
Officer

Managers:

_____

Walter G. Goodrich

_____

Robert C. Turnham, Jr.

_____

Michael J. Killelea

Signature Page to Joint Unanimous Written Consent of
the Sole Member and Board of Managers of
Goodrich Petroleum Company, L.L.C.

**Fill in this information to identify the case:**

Debtor name __Goodrich Petroleum Corporation, *et al.*__

United States Bankruptcy Court for the: __Southern__ District of __Texas__
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | U.S. BANK NATIONAL ASSOCIATION ATTN: CORPORATE TRUST SERVICES 5555 SAN FELIPE STREET, STE 1150 HOUSTON, TX 77056 | FAX: 713-235-9213 MAURI.COWEN@USBANK.COM | DEFICIENCY CLAIM RE: 8.0% Second Lien Senior Secured Notes due 2018 | U | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 2 | U.S. BANK NATIONAL ASSOCIATION ATTN: CORPORATE TRUST SERVICES 5555 SAN FELIPE STREET, STE 1150 HOUSTON, TX 77056 | FAX: 713-235-9213 MAURI.COWEN@USBANK.COM | DEFICIENCY CLAIM RE: 8.875% Second Lien Senior Secured Notes due 2018 | U | UNDETERMINED | UNDETERMINED | UNDETERMINED |
| 3 | WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: CORPORATE TRUST SERVICES 1445 ROSS AVENUE, 2 FLOOR MAC T5303-022 DALLAS, TEXAS 75202-2812 | FAX: (214) 777-4806 | 8.875% Senior Notes due 2019 | U | | | $116,828,000.00 |
| 4 | WILMINGTON TRUST, NATIONAL ASSOCIATION ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX 75248 | SGOFFINET@WILMINGTONTRUST.COM | 5.0% Convertible Senior Notes due 2032 | U | | | $94,200,000.00 |
| 5 | WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: CORPORATE TRUST SERVICES 1445 ROSS AVENUE, 2 FLOOR MAC T5303-022 DALLAS, TEXAS 75202-2812 | FAX: (214) 777-4806 | 5.0% Convertible Senior Notes due 2029 | U | | | $6,692,000.00 |
| 6 | WILMINGTON TRUST, NATIONAL ASSOCIATION ATTN: S. GOFFINET 15950 N. DALLAS PARKWAY, STE 550 DALLAS, TX 75248 | SGOFFINET@WILMINGTONTRUST.COM | 5.0% Convertible Exchange Senior Notes due 2032 | U | | | $6,100,000.00 |
| 7 | WELLS FARGO BANK, NATIONAL ASSOCIATION ATTN: CORPORATE TRUST SERVICES 1445 ROSS AVENUE, 2 FLOOR MAC T5303-022 DALLAS, TEXAS 75202-2812 | FAX: (214) 777-4806 | 3.25% Convertible Senior Notes due 2026 | U | | | $429,000.00 |
| 8 | FALLON FAMILY LP 12219 TAYLOR CREST HOUSTON, TX 77024 | FALLON FAMILY LP | TRADE DEBT | | | | $900,000.00 |

| Debtor | Goodrich Petroleum Corporation, *et al.* | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If the claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | PARTRIDGE-SIBLEY INDUSTRIAL SERVICE<br>PO BOX 249<br>JACKSON, MS  39206 | PARTRIDGE-SIBLEY INDUSTRIAL SERVICE | TRADE DEBT | | | | $84,449.54 |
| 10 | X CHEM LLC<br>PO BOX 971433<br>DALLAS, TX  75397-1433 | X CHEM LLC | TRADE DEBT | | | | $33,859.46 |
| 11 | SCADA SOLUTIONS INC<br>PO BOX 1860<br>SCOTT, LA  70583 | SCADA SOLUTIONS INC | TRADE DEBT | | | | $13,788.79 |
| 12 | TOTAL PUMP AND SUPPLY LLC<br>PO BOX 548<br>CARENCRO, LA  70520 | TOTAL PUMP AND SUPPLY LLC | TRADE DEBT | | | | $12,105.66 |
| 13 | CACTUS WELLHEAD LLC<br>PO BOX 4346<br>HOUSTON, TX  77210-4346 | CACTUS WELLHEAD LLC | TRADE DEBT | | | | $7,966.75 |
| 14 | SPL INC<br>PO BOX 842013<br>DALLAS, TX  75284-2013 | SPL INC | TRADE DEBT | | | | $6,582.02 |
| 15 | MONCLA WORKOVER AND DRILLING OPERATIONS<br>PO BOX 53408<br>LAFAYETTE, LA  70505 | MONCLA WORKOVER AND DRILLING OPERATIONS | TRADE DEBT | | | | $5,208.12 |
| 16 | COMMON DISPOSAL<br>PO BOX 1871<br>CENTER, TX  75935 | COMMON DISPOSAL | TRADE DEBT | | | | $2,433.00 |
| 17 | STATE TREASURER FUND 3491 AGENCY 491<br>500 GREYMONT AVE STE E<br>JACKSON, MS  39202 | STATE TREASURER FUND 3491, AGENCY 491 | TRADE DEBT | | | | $1,944.60 |
| 18 | KEY ENERGY SERVICES<br>PO BOX 4649<br>HOUSTON, TX  77210-4649 | KEY ENERGY SERVICES | TRADE DEBT | | | | $1,881.75 |
| 19 | LATX OPERATIONS, LLC<br>PO BOX 704<br>WASKOM, TX  75692 | LATX OPERATIONS, LLC | TRADE DEBT | | | | $1,593.00 |
| 20 | HERRING GAS COMPANY INC<br>4123 MISSISSIPPI HWY 24<br>LIBERTY, MS  39645 | HERRING GAS COMPANY INC | TRADE DEBT | | | | $1,275.24 |

**Fill in this information to identify the case:**

Debtor name   **Goodrich Petroleum Company, L.L.C.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 15, 2016**          X **/s/ Robert C. Turnham, Jr.**
                                            Signature of individual signing on behalf of debtor

                                          **Robert C. Turnham, Jr.**
                                          Printed name

                                          **President and Chief Operating Officer**
                                          Position or relationship to debtor

Official Form 202                 **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court
## Southern District of Texas

In re:  **Goodrich Petroleum Company, LLC** _____

(Debtors)

Case No. _____

Chapter   __11_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| GOODRICH PETROLEUM CORPORATION<br>801 LOUISIANA, SUITE 700<br>HOUSTON, TX 77002 | COMMON STOCK | | COMMON STOCK INTEREST 100% |

**Fill in this information to identify the case:**

Debtor name  **Goodrich Petroleum Company, L.L.C.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■  Other document that requires a declaration    **List of Equity Security Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **April 15, 2016**          X **/s/ Robert C. Turnham, Jr.**
                                                    Signature of individual signing on behalf of debtor

                                          **Robert C. Turnham, Jr.**
                                                    Printed name

                                          **President and Chief Operating Officer**
                                                    Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy